UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 10-24242-CIV-MORENO

GARY LEE WILLIAMS,

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING THE CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **November 29, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 5)** on **December 8, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 8)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Petitioner's objections are OVERRULED.

(2)    This case is DISMISSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of December, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record